IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GERAGHTY, BRIAN P. | ) | Case No. 14-15957 |
| GERAGHTY, BRIDGET | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on April 6, 2016, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1.   Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before April 6, 2016.

/s/ *John E. Gierum*
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

## Service List
## Case No. 14-15957

Patrick S. Layng
Office of the US Trustee, Region 11
210 S. Dearborn Street
Room 873
Chicago, IL 60604-2027

Stephen S. Newland
Newland & Newland, LLP
1512 Artaius Parkway
Suite 300
Libertyville, IL 60048-5231

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citibank
PO Box 790034
St. Louis, MO 63179-0034

GECRB/Sam's Club
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Mohela/Dept. of Education
633 Spirit Drive
Chesterfield, MO 63005-1243