## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: GERAGHTY, BRIAN P | § | Case No. 14-15957-ABG |
| GERAGHTY, BRIDGET | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $531,337.58
*(without deducting any secured claims)*

Assets Exempt: $169,611.58

Total Distribution to Claimants: $34,419.22

Claims Discharged
Without Payment: $24,969.10

Total Expenses of Administration: $6,782.26

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 58,798.52 (see **Exhibit 2**), yielded net receipts of $41,201.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,782.26 | 6,782.26 | 6,782.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 59,388.32 | 59,388.32 | 34,419.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $66,170.58 | $66,170.58 | $41,201.48 |

4)  This case was originally filed under Chapter 7 on April 29, 2014. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2016                By: /s/JOHN E. GIERUM
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post-Petition inheritance | 1229-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GERAGHTY, BRIDGET | First and Final Distribution | 8200-002 | 58,798.52 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$58,798.52** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 4,800.42 | 4,800.42 | 4,800.42 |
| JOHN E. GIERUM | 2200-000 | N/A | 76.24 | 76.24 | 76.24 |
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Rabobank, N.A. | 2600-000 | N/A | 62.32 | 62.32 | 62.32 |
| Rabobank, N.A. | 2600-000 | N/A | 143.74 | 143.74 | 143.74 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 138.75 | 138.75 | 138.75 |
| Rabobank, N.A. | 2600-000 | N/A | 152.89 | 152.89 | 152.89 |
| Rabobank, N.A. | 2600-000 | N/A | 147.88 | 147.88 | 147.88 |
| Rabobank, N.A. | 2600-000 | N/A | 138.14 | 138.14 | 138.14 |
| Rabobank, N.A. | 2600-000 | N/A | 152.23 | 152.23 | 152.23 |
| Rabobank, N.A. | 2600-000 | N/A | 142.48 | 142.48 | 142.48 |
| Rabobank, N.A. | 2600-000 | N/A | 137.54 | 137.54 | 137.54 |
| Rabobank, N.A. | 2600-000 | N/A | 156.30 | 156.30 | 156.30 |
| Rabobank, N.A. | 2600-000 | N/A | 136.77 | 136.77 | 136.77 |
| Rabobank, N.A. | 2600-000 | N/A | 136.56 | 136.56 | 136.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,782.26 | $6,782.26 | $6,782.26 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank Of America | 7100-000 | N/A | 34,348.00 | 34,348.00 | 34,348.00 |
| 1I | Bank Of America | 7990-000 | N/A | 71.22 | 71.22 | 71.22 |
| 2 | Capital One Bank | 7100-000 | N/A | 16.10 | 16.10 | 0.00 |
| 3 | Chase | 7100-000 | N/A | 5,060.00 | 5,060.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Chase | 7100-000 | N/A | 5,060.00 | 5,060.00 | 0.00 |
| 5 | Citibank Usa/ The Home Depot | 7100-000 | N/A | 406.00 | 406.00 | 0.00 |
| 6 | GECRB/Sams Club | 7100-000 | N/A | 6,389.00 | 6,389.00 | 0.00 |
| 7 | Mohela/dept Of Ed | 7100-000 | N/A | 1,700.00 | 1,700.00 | 0.00 |
| 8 | Mohela/dept Of Ed | 7100-000 | N/A | 2,551.00 | 2,551.00 | 0.00 |
| 9 | Mohela/dept Of Ed | 7100-000 | N/A | 850.00 | 850.00 | 0.00 |
| 10 | Mohela/dept Of Ed | 7100-000 | N/A | 1,200.00 | 1,200.00 | 0.00 |
| 11 | Sams Club / GEMB | 7100-000 | N/A | 1,737.00 | 1,737.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $59,388.32 | $59,388.32 | $34,419.22 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-15957-ABG

Case Name: GERAGHTY, BRIAN P
GERAGHTY, BRIDGET

Period Ending: 08/04/16

Trustee: (520171)   JOHN E. GIERUM

Filed (f) or Converted (c): 04/29/14 (f)

§341(a) Meeting Date: 05/23/14

Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal single family residence at 18120 W Big,<br>Imported from original petition Doc# 1 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2 | Single family rental house at 1328 Huntington Dr<br>Imported from original petition Doc# 1 | 138,432.00 | 0.00 | | 0.00 | FA |
| 3 | Townhouse at 981 S Darla Court, Waukegan IL., Va<br>Imported from original petition Doc# 1 | 115,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand or in debtor's possession.<br>Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at Bnk of America #2707<br>Imported from original petition Doc# 1 | 1,782.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account at Chase #6488<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Bank of America Savings #7955<br>Imported from original petition Doc# 1 | 395.00 | 0.00 | | 0.00 | FA |
| 8 | Regular and Customary Furniture, Home Furnishing<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9 | Misc CDs, DVDs, Books and non collectible wall a<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 10 | Usual and Necessary Wearing Apparel<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 11 | American Family Universal Life with $100,000 dea<br>Imported from original petition Doc# 1 | 5,840.27 | 0.00 | | 0.00 | FA |
| 12 | Teacher's Retirement Account TRS<br>Imported from original petition Doc# 1 | 25,286.13 | 0.00 | | 0.00 | FA |
| 13 | Teacher's retirement account TRS<br>Imported from original petition Doc# 1 | 81,282.00 | 0.00 | | 0.00 | FA |
| 14 | 403(b) with Linocln Investment<br>Imported from original petition Doc# 1 | 16,080.18 | 0.00 | | 0.00 | FA |
| 15 | Post-Petition inheritance  (u) | Unknown | Unknown | | 100,000.00 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$531,337.58** | **$1,800.00** | | **$100,000.00** | **$0.00** |

Printed: 08/04/2016 04:26 PM   V.13.28

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-15957-ABG | **Trustee:** (520171)  JOHN E. GIERUM |
| **Case Name:** GERAGHTY, BRIAN P | **Filed (f) or Converted (c):** 04/29/14 (f) |
| GERAGHTY, BRIDGET | **§341(a) Meeting Date:** 05/23/14 |
| **Period Ending:** 08/04/16 | **Claims Bar Date:** |

| 1 Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Claims objections resolved next is TFR

Fall 2015 completed claim objections, begin TFR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016      **Current Projected Date Of Final Report (TFR):**    March 31, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-15957-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** GERAGHTY, BRIAN P | **Bank Name:** Rabobank, N.A. |
| GERAGHTY, BRIDGET | **Account:** *****9166 - Checking Account |
| **Taxpayer ID #:** **-***7048 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/04/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/15 | {15} | Bridget N. Geraghty | Post-Petition Inheritance | 1229-000 | 100,000.00 | | 100,000.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.32 | 99,937.68 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.74 | 99,793.94 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.75 | 99,655.19 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.89 | 99,502.30 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.88 | 99,354.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.14 | 99,216.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.23 | 99,064.05 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.48 | 98,921.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.54 | 98,784.03 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.30 | 98,627.73 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.77 | 98,490.96 |
| 02/12/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #14-15957, Bond premium - 2-01-16 to 2-01-17 | 2200-000 | | 66.24 | 98,424.72 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.56 | 98,288.16 |
| 05/20/16 | 102 | JOHN E. GIERUM | Dividend paid 100.00% on $4,800.42, Trustee Compensation;  Reference: | 2100-000 | | 4,800.42 | 93,487.74 |
| 05/20/16 | 103 | JOHN E. GIERUM | Dividend paid 100.00% on $76.24, Trustee Expenses;  Reference: | 2200-000 | | 10.00 | 93,477.74 |
| 05/20/16 | 104 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 93,217.74 |
| 05/20/16 | 105 | GERAGHTY, BRIDGET | First and Final Distribution | 8200-002 | | 58,798.52 | 34,419.22 |
| 05/20/16 | 106 | Bank Of America | Combined Check for Claims#1,1l | | | 34,419.22 | 0.00 |
| | | | Dividend paid 100.00%      34,348.00 on $34,348.00;  Claim# 1; Filed: $34,348.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      71.22 on $71.22;  Claim# 1l; Filed: $71.22 | 7990-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | 100,000.00 | 100,000.00 | | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | | |
| **Subtotal** | **100,000.00** | **100,000.00** | | |
| Less: Payments to Debtors | | 58,798.52 | | |
| **NET Receipts / Disbursements** | **$100,000.00** | **$41,201.48** | | |

{} Asset reference(s)

Printed: 08/04/2016 04:26 PM    V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 14-15957-ABG |
| **Case Name:** | GERAGHTY, BRIAN P |
| | GERAGHTY, BRIDGET |
| **Taxpayer ID #:** | **-***7048 |
| **Period Ending:** | 08/04/16 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9166** | 100,000.00 | 41,201.48 | 0.00 |
| | $100,000.00 | $41,201.48 | $0.00 |

{} Asset reference(s)